

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-10-2005

# Interfaith Comm Orgn v. Honeywell Intl

Precedential or Non-Precedential: Precedential

Docket No. 04-3702

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Interfaith Comm Orgn v. Honeywell Intl" (2005). *2005 Decisions.* Paper 182.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/182

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 04-3702

———

INTERFAITH COMMUNITY ORGANIZATION;
LAWRENCE BAKER; MARTHA WEBB HERRING;
MARGARET WEBB; REV. WINSTON CLARKE;
MARGARITA NAVAS

v.

HONEYWELL INTERNATIONAL, INC.
formerly known as ALLIEDSIGNAL, INC.;
RONED REALTY OF JERSEY CITY, INC.;
RONED REALTY OF UNION CITY, INC.;
W.R. GRACE & COMPANY; ECARG, INC.;
W.R. GRACE, LTD.

W.R. GRACE & COMPANY; ECARG, INC.;
W.R. GRACE, LTD.,

*Defendants/Third-Party Plaintiffs*

v.

HELLER-JERSEY CITY, L.L.C.;
HOME DEPOT, U.S.A.;
SEAMAN FURNITURE COMPANY, INC.,

*Third-Party Defendants*

HACKENSACK RIVERKEEPER, INC.;
WILLIAM SHEEHAN

v.

HONEYWELL INTERNATIONAL, INC.
f/k/a ALLIEDSIGNAL, INC.;
RONED REALTY OF JERSEY CITY, INC.;

RONED REALTY OF UNION CITY, INC.;
W.R. GRACE, LTD.

Honeywell International, Inc.,

*Appellant*

─────

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Nos. 95-cv-02097 & 00-cv-01451)
District Judge: Honorable Dennis M. Cavanaugh

─────

Argued June 30, 2005

Before: RENDELL, BARRY,  and BECKER, *Circuit Judges*.

_____

ORDER AMENDING OPINION

_____

The opinion filed on October 19, 2005 is amended as follows:

1.  On page 6, in the second paragraph, line 4, after "NJDEP" delete "filed suit against AlliedSignal seeking to force the company to take action." and insert "pursued an administrative action and entered an Administrative Consent Order (ACO) in 1993.  *ICO v. Allied Signal*, 928 F. Supp. 1339, 1343-1344 (D.N.J. 1996)."

2.  On page 6, at the end of the second  paragraph, delete "the site" and add "a total of eighteen sites listed in the ACO including this site.  *Id*. at 1344."

3.  On page 6, in the first full paragraph, line 11, replace "two" with "three".

BY THE COURT:

/s/ Edward R. Becker

_____

Circuit Judge

DATED: November 10, 2005